UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE                                                    )
                                                         )
CORY L SOLLER                                            )    CASE NO. 12-21418-kl-13
                                                         )
              Debtor(s)                                  )
                                                         )

**STATEMENT IN SUPPORT OF MOTION FOR STAY RELIEF BY RBS CITIZENS NA**

1. Date Petition filed April 19, 2012.
2. Plan Confirmed? Yes_____ No__XX__
3. If yes, Date Plan Confirmed _____.
4. Type of Collateral: A. Resident Real Estate: __XX__; B. Nonresidential Real Estate____;
C. Motor Vehicle: Year _____, Model _____; D. Other (specify)
_____
5. Principal balance, accrued interest, and late charges presently due: $28,903.83.
6. Advances made for insurance and/or taxes: Insurance $0.00; Taxes $0.00;
7. Postpetition Payments to Movant are made: A. By Trustee____ B. By Debtor __XX__;
8. Total Postpetition Default: $1,662.16;A. No. of Months 6; B. Monthly Plan Payment to Movant Only $263.24.  Date last payment received by Movant: _____.  Payment applied to payment due for February 1, 2012.
9. Estimate present value of Collateral: Unknown; Source or Basis for Value:
10. Stay Relief is being requested pursuant to A. __XX__ §362(d)(1); B. _____§362(d)(2).
11. Has Debtor provided proof of insurance as to Collateral? Yes_____ No__XX____.
12. **SURRENDER - Debtor is surrendering the property per the Plan.**

Dated: 8/9/2012

                                        FEIWELL & HANNOY, P.C.

                                        /s/ JOHN E. JOSEPH
                                        JOHN E. JOSEPH, Attorney No. 27462-49
                                        Attorney for RBS Citizens NA

Soller - File No. 072845B01

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on August 28, 2012, to the following:

Cory L Soller
Debtor
2816 Brentwood Way
Michigan City, IN 46360

Dan L Whitten
Attorney at Law
6183 Central Avenue
Portage, IN 46368

Paul R. Chael
Trustee
401 West 84th Drive  Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

/s/ JOHN E. JOSEPH
JOHN E. JOSEPH, Attorney No. 27462-49