UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| CORY L SOLLER | ) | CASE NO. 12-21418-KL-13 |
| | ) | |
| Debtor(s) | ) | |

## STATEMENT IN SUPPORT OF MOTION FOR STAY RELIEF BY BANK OF AMERICA, N.A.

1. Date Petition filed April 19, 2012.
2. Plan Confirmed? Yes__XX___No_____
3. If yes, Date Plan Confirmed August 22, 2012.
4. Type of Collateral: A. Resident Real Estate: __XX__; B. Nonresidential Real Estate____; C. Motor Vehicle: Year _____, Model _____; D. Other (specify) _____
5. Principal balance, accrued interest, and late charges presently due: $87,101.03.
6. Advances made for insurance and/or taxes: Insurance $0.00; Taxes $0.00;
7. Postpetition Payments to Movant are made: A. By Trustee____ B. By Debtor __XX__;
8. Total Postpetition Default: $19,349.04; A. No. of Months 27; B. Monthly Plan Payment to Movant Only $1,201.00.  Date last payment received by Movant: _____. Payment applied to payment due for January 1, 2012.
9. Estimate present value of Collateral: Unknown; Source or Basis for Value:
10. Stay Relief is being requested pursuant to A. __XX__ §362(d)(1); B. _____§362(d)(2).
11. Has Debtor provided proof of insurance as to Collateral? Yes_____ No__XX____.
12. SURRENDER - Debtor is surrendering the property per the Plan.

Dated:  7/24/2014

FEIWELL & HANNOY, P.C.

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49
Attorney for Bank of America, N.A.

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on July 24, 2014, to the following:

Cory L Soller  
Debtor  
2816 Brentwood Way  
Michigan City, IN 46360

Dan L Whitten  
Attorney at Law  
6183 Central Avenue  
Portage, IN 46368

Paul R. Chael  
Trustee  
401 West 84th Drive, Suite C  
Merrillville, IN 46410

Nancy J. Gargula  
U.S. Trustee  
100 East Wayne Street, Room 555  
South Bend, IN 46601

                                              /s/ JESSICA S. OWENS  
                                              JESSICA S. OWENS, Attorney No. 26533-49