UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| CORY L SOLLER | ) | CASE NO. 12-21418-KL-13 |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT BECAUSE PLAN PROPOSES TO SURRENDER PROPERTY

The Motion for Relief From Stay and Abandonment Because Plan Proposes to Surrender Property of Bank of America, N.A., (hereinafter referred to as "Bank of America"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and having found that the Debtor(s) intend to abandon their interest in the real estate and that there exists no equity in said real estate, and having found that said intention to abandon and lack of equity in the subject real estate constitutes sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and Abandonment Because Plan Proposes to Surrender Property filed by Bank of America, N.A. be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in LaPorte County, Indiana:

> THE WEST 1/2 OF THE NORTH 1/2, OF THE WEST 1/2 OF LOT 20 IN CHENEYS SUBDIVISION WHICH IS RECORDED IN PLAT BOOK 2 PAGE 41, IN THE OFFICE OF THE RECORDER OF LAPORTE COUNTY, INDIANA.

> More commonly known as 204 Hendricks St, Michigan City, IN 46360-5162

ORDERED AND ADJUDGED: That the automatic stay as it relates to the property commonly known as 204 Hendricks St, Michigan City, IN 46360-5162 is vacated.

ORDERED AND ADJUDGED: That the 14 Day Stay of this Order imposed by B.R. 4001(a)(3) is hereby waived.

DATED: _____, 2014

KENT LINDQUIST, JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

JESSICA S. OWENS
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

DISTRIBUTION:

Cory L Soller
Debtor
2816 Brentwood Way
Michigan City, IN 46360

Dan L Whitten
Attorney at Law
6183 Central Avenue
Portage, IN 46368

Paul R. Chael
Trustee
401 West 84th Drive  Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601