UNITED STATES BANKRUPTCY COURT     WE- 39-C
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE: )
CORY L. SOLLER )
)
)
)
              Debtor )
)    CASE NO. 12-21418-kl
Last four digits of Social Security No.(s): )
)    CHAPTER 13
XXX-XX - 6857 )
)
)
)
)
)

## DISCHARGE OF DEBTOR
## AFTER COMPLETION OF
## CHAPTER 13 PLAN PURSUANT TO §1328(a)

    A Verified Motion was filed by the Debtor for the Entry of a Chapter 13 Discharge pursuant to §1328(a).

    Thirty days notice to object to said Motion was given to all creditors, parties in interest, the Trustee, and the U. S. Trustee.

    There being no objection to said Motion, the Court decides that the Motion should be and is hereby GRANTED. It is therefore,

    **ORDERED**, that a Discharge is hereby GRANTED to the Debtor pursuant to Section 1328(a) of Title 11, United States Code (the Bankruptcy Code).

    By the Court:

*/s/ [signature]*
JSO1

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: August 10, 2016

Distribution:
Debtor(s)
Attorney for Debtor(s)
Trustee
U. S. Trustee
All Creditors